**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.J.B.B., | Case No. 5:26-cv-01918-DMK |
| Petitioner, | |
| v. | JUDGMENT |
| JAIME RIOS, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody on Petitioner's prior conditions of release.  Respondents shall also immediately return any confiscated property and documents to Petitioner upon release.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge, at which the government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or danger to the community, and that no condition or combination of conditions could reasonably assure Petitioner's future appearance

//

and/or the safety of the community.  Respondents shall file a notice of compliance by May 15, 2026.

DATED: May 8, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

2